IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NEW UNITED, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) | No. 1:15-cv-10724 |
| v. | ) ) | |
| SERVICE FUSION, LLC and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, NEW UNITED, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

NEW UNITED, INC., individually and as the representative of a class of similarly-situated persons,

By: s/Brian J. Wanca
Brian J. Wanca

**ANDERSON + WANCA**
Brian J. Wanca
Ryan M. Kelly
Ross M. Good
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              s/ Brian J. Wanca